IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUOEY LUNG ENTERPRISE CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>TEMPUR-PEDIC, INTERNATIONAL INC.; TEMPUR-PEDIC SALES, INC.; TEMPUR-PEDIC NORTH AMERICA LLC; OPTIMA HEALTHCARE, INC.; and APEX HEALTH CARE MANUFACTURING, INC.,<br><br>        Defendants. | **Civil Action No. 09-CV-11550-GAO** |
| ASCION, LLC AND<br>MARTIN RAWLS-MEEHAN<br><br>        Plaintiffs,<br><br>v.<br><br>RUOEY LUNG ENTERPRISE CORP. AND LUNG-TAN SHIH<br><br>        Defendants. | Civil Action No. 09-CV-10293-GAO<br>Consolidated with the above action |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND INVALIDITY**

Under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendants [1]

respectfully move the Court to enter summary judgment that (1) Defendants do not infringe any

claim of U.S. Patent No. 7,448,100 (the "'100 patent") and (2) that each of the claims of the '100

---

[1]   "Defendants" as used in this Motion means all of the parties in this consolidated case accused of patent infringement by Ruoey Lung, including Ascion, LLC, Martin Rawls-Meehan, Tempur-Pedic, Int'l, Tempur-Pedic Sales, Inc., Tempur-Pedic North America LLC, Optima Healthcare, Inc., and Apex Health Care Manufacturing, Inc.

patent is invalid as anticipated.  If the Court does not grant summary judgment of non-infringement with regard to all of the accused beds, Defendants alternatively request that the Court enter summary judgment that the accused "one arm" beds do not infringe the '100 patent, even under the doctrine of equivalents.

The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment of Non-Infringement and Invalidity.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned certifies that counsel for Defendants and counsel for Plaintiffs conferred in a good faith effort to resolve the issues raised by this Motion, but were unable to do so.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request the opportunity to present oral argument regarding this Motion

Respectfully submitted,

/s/ Michael A. Albert
Michael A. Albert (BBO # 558566)
malbert@wolfgreenfield.com
Allen S. Rugg (BBO # 674484)
arugg@wolfgreenfield.com
John Strand (BBO #654985)
jstrand@wolfgreenfield.com
Eric G. J. Kaviar (BBO # 670833)
ekaviar@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
617.646.8000 phone
617.646.8646 facsimile

COUNSEL FOR ASCION, LLC; MARTIN
RAWLS-MEEHAN; TEMPUR-PEDIC,
INTERNATIONAL INC.; TEMPUR-PEDIC
SALES, INC.; AND, TEMPUR-PEDIC
NORTH AMERICA LLC.

Robert C. Bertin
r.bertin@bingham.com
Bingham McCutchen LLP
2020 K Street NW
Washington , DC 20006-1806
202-373-6000
Fax: 202-373-6001

COUNSEL FOR TEMPUR-PEDIC,
INTERNATIONAL INC.; TEMPUR-PEDIC
SALES, INC.; AND, TEMPUR-PEDIC
NORTH AMERICA LLC.

Dated:  December 8, 2010

/s/ Andrea C. Kramer
Andrea C. Kramer
akramer@hrwlawyers.com
Hirsch Roberts Weinstein LLP
Two Park Plaza
Boston , MA 02116-3902
Tel: 617.348.4380
Fax: 617.348.4343

COUNSEL FOR OPTIMA HEALTHCARE,
INC. AND APEX HEALTH CARE
MANUFACTURING, INC.

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Michael A. Albert