UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11550-GAO
CIVIL ACTION NO. 09-10293-GAO
(Consolidated)

ASCION, LLC (d/b/a Reverie),
Plaintiff,

v.

RUOEY LUNG ENTERPRISE CORP.,
Defendant.

VERDICT

O'TOOLE, D.J.

1. On Ascion's claim for unpaid commissions, we the jury find in favor of (check one):

   Plaintiff Ascion __✓__          Defendant Ruoey Lung _____

   *If you find for Ascion, please proceed to Questions 2 and 3.*

   *If you find for Ruoey Lung, please skip to the end of this form.*

2. State the amount of unpaid commissions that Ruoey Lung owes to Ascion for sales made through November 14, 2013.

   $ __2,563,523__ (amount in numbers)

   __Two million five hundred sixty three thousand five hundred twenty three__ (amount in words)

3. Through which date does Ruoey Lung owe commissions to Ascion? (Check one.)

   June 19, 2016 _____          January 11, 2015 __✓__

The foregoing represents the unanimous decision of the jury.

__1/21/2014__
DATE

__Jane M Balvish__ (signature)
FOREMAN